**Paul Howard Young, Esquire**
**Young, Marr & Associates, LLC.**
**3554 Hulmeville Road**
**Suite 102**
**Bensalem, PA 19020**
**215-639-5297**
**Fax : 215-639-1344**
**Email: ykassoc@gmail.com**

**Order Filed on February 20, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

IN THE UNITED STATES BANKRUPTCY      :
COURT DISTRICT OF NEW JERSEY      :
                   : CHAPTER 13 CASE
IN RE:                       :
       Anh T. Le             :
                   : CASE NO. 19-11513 ABA
                   :
                   :
                   : JUDGE: ABA
                   :
                   :
DEBTOR :             : HEARING DATE:

---

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____2_____ is
hereby **ORDERED**.

**DATED: February 20, 2019**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS CAUSE coming on to be heard, and being heard, before the ~~undersigned~~ Judge of

the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend

the Automatic Stay named above filed by the debtors; and

IT APPEARING to the undersigned that this court has jurisdiction over the parties and

over the subject matter of this Motion ; and

~~IT FURTHER APPEARING to the undersigned that all parties in interest received~~

~~notice of this Motion and of the time, date and place of this hearing and that no such parties~~

~~have filed any timely objections or otherwise appeared in opposition to the said Motion and~~

~~that the time for filing any such objection has expired; and~~

IT FURTHER APPEARING to the undersigned that the relief requested by the debtors

in their Motion is consistent with the applicable provisions of Title 11 of the United States

Code and that the debtor has established good and sufficient cause to grant said relief; ~~and~~

IT IS ORDERED
~~IT FURTHER APPEARING to the undersigned~~ that the Motion to Extend the

Automatic Stay as to the Real Property located at 705 Grant Avenue, Collingswood, NJ

and as to all of the debtors personal property is hereby granted and Automatic Stay

Extended

~~IT IS THEREFORE SO ORDERED.~~

~~This Order has been signed~~                                        ~~United States Bankruptcy Court~~
~~electronically. The judge's~~
~~signature and court's seal~~
~~appear at the top of the Order~~

IT IS FURTHER ORDERED that a copy of this Order shall be served on all creditors and parties in
interest within seven (7) days from the dater hereof. Any party objecting to this Order shall have 14 days from
the date of this Order to file their objection or this Order shall become a final Order.