**Paul Howard Young, Esquire**
**Young, Marr & Associates, LLC.**
**3554 Hulmeville Road**
**Suite 102**
**Bensalem, PA 19020**
**215-639-5297**
**Fax : 215-639-1344**
**Email: ykassoc@gmail.com**

Order Filed on February 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : <br> : |
| IN RE: <br>     Anh T. Le | : CHAPTER 13 CASE <br> : <br> : <br> : CASE NO. 19-11513 ABA <br> : <br> : <br> : JUDGE: ABA <br> : <br> : |
| DEBTOR : | : HEARING DATE: |

_____

**ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: February 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**THIS CAUSE** coming on to be heard, and being heard, before the ~~undersigned~~ Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Extend the Automatic Stay named above filed by the debtors; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

~~**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and~~

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in their Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; ~~and~~

IT IS ORDERED

~~**IT FURTHER APPEARING** to the undersigned~~ that the Motion to Extend the Automatic Stay as to the Real Property located at 705 Grant Avenue, Collingswood, NJ and as to all of the debtors personal property is hereby granted and Automatic Stay Extended

~~**IT IS THEREFORE SO ORDERED.**~~

~~This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order~~                                   ~~United States Bankruptcy Court~~

IT IS FURTHER ORDERED that a copy of this Order shall be served on all creditors and parties in interest within seven (7) days from the dater hereof. Any party objecting to this Order shall have 14 days from the date of this Order to file their objection or this Order shall become a final Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Anh T. Le  
    Debtor

Case No. 19-11513-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.  
db         +Anh T. Le,    705 Grant Avenue,    Collingswood, NJ 08107-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Paul H. Young    on behalf of Debtor Anh T. Le ykassoc@gmail.com,    lesliebrown.paralegal@gmail.com,  
         tkennedy@ymalaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 4