| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** <br> DENISE CARLON, ESQUIRE <br> KML LAW GROUP, P.C. <br> Sentry Office Plz <br> 216 Haddon Ave. <br> Suite 406 <br> Westmont, NJ 08018 <br> (215)627-1322 <br> dcarlon@kmllawgroup.com <br> Attorneys for M&T Bank | Order Filed on June 19, 2019 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In Re: <br><br> Anh T. Le, <br><br> Debtor. | Case No.: 19-11513 ABA <br> Adv. No.: <br> Hearing Date: 5/22/19 @ 9:00 a.m. <br><br> Judge: Andrew B. Altenburg, Jr. |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: June 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-11513-ABA    Doc 27    Filed 06/19/19    Entered 06/19/19 09:03:31    Desc Main
Document    Page 2 of 2

Page 2
Debtor:       Anh T. Le
Case No.:    19-11513 ABA
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor M&T Bank, holder of a mortgage on real property located at 705 Grant Avenue, Collingswood, NJ, 08107, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Paul H. Young, Esquire, attorney for Debtor, Anh T. Le, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification by July 1, 2019 or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments outside of the plan in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the trustee is not to pay the arrears while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.