Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  19−11513−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anh T. Le
   705 Grant Avenue
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−1536

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 9, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-11513-ABA
Anh T. Le                                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2            Date Rcvd: Jul 09, 2019
                               Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db          +Anh T. Le,    705 Grant Avenue,    Collingswood, NJ 08107-2336
518050664   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517986583   +Bby/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517986586   +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517986584    EDI: BANKAMER.COM Jul 10 2019 03:13:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
518051321    EDI: RESURGENT.COM Jul 10 2019 03:13:00     CACH, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
517986585   +EDI: CAPITALONE.COM Jul 10 2019 03:13:00     Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
517986587   +EDI: RCSFNBMARIN.COM Jul 10 2019 03:13:00     Credit One Bank Na,    Po Box 98872,
              Las Vegas, NV 89193-8872
517986588   +EDI: DISCOVER.COM Jul 10 2019 03:13:00     Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
517986589   +EDI: TSYS2.COM Jul 10 2019 03:13:00     Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
518037850   +EDI: CAUT.COM Jul 10 2019 03:13:00     JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
              Phoenix, AZ 85038-9505
517986590   +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 09 2019 23:56:32
              Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
518031257    EDI: RESURGENT.COM Jul 10 2019 03:13:00     LVNV Funding, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
517986591    E-mail/Text: camanagement@mtb.com Jul 09 2019 23:55:08     M & T Bank,    1 Fountain Plz,
              Buffalo, NY 14203
518164065    E-mail/Text: camanagement@mtb.com Jul 09 2019 23:55:08     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
518027706    EDI: MERRICKBANK.COM Jul 10 2019 03:13:00     MERRICK BANK,    Resurgent Capital Services,
              PO Box 10368,    Greenville, SC 29603-0368
517986592   +EDI: MERRICKBANK.COM Jul 10 2019 03:13:00     Merrick Bank Corp,    Pob 9201,
              Old Bethpage, NY 11804-9001
518064811   +EDI: MID8.COM Jul 10 2019 03:13:00     Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
518138996    EDI: PRA.COM Jul 10 2019 03:13:00     Portfolio Recovery Associates, LLC,
              c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
518161423    EDI: PRA.COM Jul 10 2019 03:13:00     Portfolio Recovery Associates, LLC,
              c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517993133    EDI: Q3G.COM Jul 10 2019 03:13:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788
517988199   +EDI: RMSC.COM Jul 10 2019 03:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517986593   +EDI: CITICORP.COM Jul 10 2019 03:13:00     Thd/cbna,    Po Box 6497,
              Sioux Falls, SD 57117-6497
                                                                                   TOTAL: 21

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Jul 09, 2019
                             Form ID: 148          Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
  summarymail@standingtrustee.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Paul H. Young   on behalf of Debtor Anh T. Le ykassoc@gmail.com,   lesliebrown.paralegal@gmail.com,
  tkennedy@ymalaw.com
        Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 6