Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anh T. Le
  705 Grant Avenue
  Collingswood, NJ 08107

Social Security No.:
  xxx−xx−1536

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             9/11/19
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 7, 2019
JAN: ml

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                      Case No. 19-11513-ABA
Anh T. Le                                                   Chapter 13
      Debtor
                         CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Aug 07, 2019
                              Form ID: 132             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db             +Anh T. Le,    705 Grant Avenue,    Collingswood, NJ 08107-2336
517986584     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
518050664      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517986583      +Bby/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
517986586      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
517986589      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517986593      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: camanagement@mtb.com Aug 08 2019 00:04:04      M&T BANK,    626 Commerce Drive,
                 Amherst, NY 14228-2391
518377409      +E-mail/Text: bnc@atlasacq.com Aug 08 2019 00:03:36      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518051321       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 00:07:36      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986585      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2019 00:06:37      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
517986587      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 08 2019 00:06:07      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517986588      +E-mail/Text: mrdiscen@discover.com Aug 08 2019 00:03:34      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
518037850      +E-mail/Text: bk.notifications@jpmchase.com Aug 08 2019 00:04:17      JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517986590      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 08 2019 00:05:25
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
518031257       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 08 2019 00:06:50      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986591       E-mail/Text: camanagement@mtb.com Aug 08 2019 00:04:04      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
518164065       E-mail/Text: camanagement@mtb.com Aug 08 2019 00:04:04      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
518027706       E-mail/Text: bkr@cardworks.com Aug 08 2019 00:03:22      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517986592      +E-mail/Text: bkr@cardworks.com Aug 08 2019 00:03:22      Merrick Bank Corp,    Pob 9201,
                 Old Bethpage, NY 11804-9001
518064811      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2019 00:04:25      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518138996       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 00:07:27
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
518161423       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2019 00:07:25
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517993133       E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2019 00:04:20
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517988199      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 00:07:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Aug 07, 2019
                               Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Loss Mitigation    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Paul H. Young    on behalf of Debtor Anh T. Le ykassoc@gmail.com,    lesliebrown.paralegal@gmail.com,
               tkennedy@ymalaw.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```