**Paul Howard Young**
**Young, Marr & Associates, LLC.**
**3554 Hulmeville Road**
**Suite 102**
**Bensalem, PA 19020**
**215-639-5297**
**Fax : 215-639-1344**
**Email: ykassoc@gmail.com**

**Order Filed on August 6, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN THE UNITED STATES BANKRUPTCY          :
COURT DISTRICT OF NEW JERSEY             :
                                         : CHAPTER 13 CASE
IN RE:                                   :
Anh T. Le                                :
                                         : CASE NO. 19-11513 ABA
                                         :
                                         :
                                         : JUDGE: Altenburg
                                         :
                                         :
DEBTORS         :                        : HEARING DATE:

### ORDER GRANTING MOTION FOR LOSS MITIGATION

The relief set forth on the following pages, numbered three (3) through _____3_____ is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge of

the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion for an

Order Granting Loss Mitigation as to the mortgage of M&T Bank filed by the

debtor; and

IT APPEARING to the undersigned that this court has jurisdiction over the parties and

over the subject matter of this Motion ; and

IT FURTHER APPEARING to the undersigned that all parties in interest received

notice of this Motion and of the time, date and place of this hearing and that no such parties

have filed any timely objections or otherwise appeared in opposition to the said Motion and

that the time for filing any such objection has expired; and

IT FURTHER APPEARING to the undersigned that the relief requested by the debtor

in her Motion is consistent with the applicable provisions of Title 11 of the United States

Code and that the debtors have established good and sufficient cause to grant said relief; and

IT FURTHER APPEARING to the undersigned that the Motion for an Order Granting

Loss Mitigation as to the Mortgage of M&T Bank is hereby granted.

IT FURTHER APPEARING to the undersigned that the debtor shall continue to make

Adequate Protection payments to M&T Bank for the first mortgage in the

Amount of $950.

IT FURTHER APPEARING to the undersigned that the Loss Mitigation Order shall

terminate unless extended by the court on October 31,2019.

IT IS THEREFORE SO ORDERED.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-11513-ABA
Anh T. Le                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Aug 07, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db              +Anh T. Le,    705 Grant Avenue,    Collingswood, NJ 08107-2336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Loss Mitigation    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Paul H. Young    on behalf of Debtor Anh T. Le ykassoc@gmail.com,   lesliebrown.paralegal@gmail.com,
           tkennedy@ymalaw.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7