Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11513−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anh T. Le
  705 Grant Avenue
  Collingswood, NJ 08107

Social Security No.:
  xxx−xx−1536

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 23, 2020
JAN: bc

                                                                    Jeanne Naughton
                                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                              Case No. 19-11513-ABA
Anh T. Le                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jan 23, 2020
                               Form ID: 148                Total Noticed: 27
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Anh T. Le,    705 Grant Avenue,    Collingswood, NJ 08107-2336
518050664      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517986583      +Bby/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517986586      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: camanagement@mtb.com Jan 23 2020 23:56:11     M&T BANK,    626 Commerce Drive,
                 Amherst, NY 14228-2391
518377409      +EDI: ATLASACQU.COM Jan 24 2020 04:18:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
517986584       EDI: BANKAMER.COM Jan 24 2020 04:18:00     Bk Of Amer,    Po Box 982238,   El Paso, TX 79998
518051321       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:04:03      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986585      +EDI: CAPITALONE.COM Jan 24 2020 04:18:00     Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
517986587      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 24 2020 00:03:48      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
517986588      +EDI: DISCOVER.COM Jan 24 2020 04:18:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517986589      +EDI: TSYS2.COM Jan 24 2020 04:18:00     Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
518037850      +EDI: CAUT.COM Jan 24 2020 04:18:00     JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
517986590      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 23 2020 23:57:35
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
518031257       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:03:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517986591       E-mail/Text: camanagement@mtb.com Jan 23 2020 23:56:11     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
518164065       E-mail/Text: camanagement@mtb.com Jan 23 2020 23:56:11     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
518027706       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 24 2020 00:04:19      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517986592      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 24 2020 00:03:21      Merrick Bank Corp,
                 Pob 9201,    Old Bethpage, NY 11804-9001
518064811      +EDI: MID8.COM Jan 24 2020 04:18:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518138996       EDI: PRA.COM Jan 24 2020 04:18:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
518161423       EDI: PRA.COM Jan 24 2020 04:18:00     Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517993133       EDI: Q3G.COM Jan 24 2020 04:18:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517988199      +EDI: RMSC.COM Jan 24 2020 04:18:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517986593      +EDI: CITICORP.COM Jan 24 2020 04:18:00     Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                                TOTAL: 23

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 23, 2020
                              Form ID: 148             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon     on behalf of Loss Mitigation    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Paul H. Young     on behalf of Debtor Anh T. Le ykassoc@gmail.com,   lesliebrown.paralegal@gmail.com,
               tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
              Rebecca Ann Solarz     on behalf of Loss Mitigation    M&T BANK rsolarz@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```